# UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT

January 13, 2010

ERRATA

Misc. No. 908                                                    In re US

Decided: December 30, 2009                          Precedential Opinion

Please make the following changes:

On <u>page 8, line 14</u>, indent the paragraph starting with the words "As early as 1855."

On <u>page 14, line 5</u>, delete the extra "A." in the subheading so that it reads --A. Identity of the Client --